```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01863
   ANNETTE ADAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7767


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/05/2007 and was not confirmed.

     The case was dismissed without confirmation 07/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG           .00           .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE      25000.00           .00            .00
AMERIQUEST MORTGAGE      NOTICE ONLY       NOT FILED           .00            .00
HOMECOMINGS FINANCIAL    NOTICE ONLY       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED            167.38           .00            .00
HOUSEHOLD AUTO           UNSECURED          21430.62           .00            .00
ASSET ACCEPTANCE LLC     UNSECURED           2506.04           .00            .00
CAPITAL ONE              UNSECURED            517.31           .00            .00
CAPITAL ONE              UNSECURED           1291.41           .00            .00
CREDIT UNION 1           UNSECURED           1786.29           .00            .00
FIRST RESOLUTION INVESTM UNSECURED         NOT FILED           .00            .00
GTWY/CBUSA               UNSECURED         NOT FILED           .00            .00
HSBC BANK NV FKA HHL     UNSECURED         NOT FILED           .00            .00
PROVIDIAN FINANCIAL      UNSECURED         NOT FILED           .00            .00
ASSET ACCEPTANCE CORP    UNSECURED           1042.17           .00            .00
TRIAD FINANCIAL CORP     UNSECURED          12970.41           .00            .00
PHILIP A IGOE            DEBTOR ATTY            .00                           .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                          1,200.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      1,200.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                     1,200.00
                         --------------       --------------
TOTALS                       1,200.00             1,200.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 01863 ANNETTE ADAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/13/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 01863 ANNETTE ADAMS